**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00784-PAB-NRN

HOWARD COHAN

    Plaintiff,

v.

AURORA HOSPITALITY, LLC, a Delaware limited liability company,

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

Plaintiff Howard Cohan, and Defendant Aurora Hospitality, LLC give notice of the settlement of this matter. The parties respectfully request that the Court vacate all upcoming deadlines and hearings. The parties also respectfully request an additional fourteen (14) days to obtain signatures of each party on their Settlement Agreement and file dismissal papers.

Respectfully submitted this 8th of July, 2020.

    */s/ George T. Blackmore*
    George T. Blackmore
    Blackmore Law PLC
    21411 Civic Center Drive, Suite 200
    Southfield, MI 48076
    Telephone: (248) 845-8594
    E-mail: george@blackmorelawplc.com
    *Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I certify that on July 8, 2020, I filed and served the foregoing NOTICE OF SETTLEMENT on all ECF participants via the court's CM/ECF system.

*/s/ George T. Blackmore*
George T. Blackmore