**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00784-PAB-NRN

HOWARD COHAN

      Plaintiff,

v.

AURORA HOSPITALITY, LLC, a Delaware limited liability company,

      Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

---

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims in this action with prejudice.

Stipulated by:

| */s/ George T. Blackmore* | */s/ Shane Singh* |
|---|---|
| George T. Blackmore MI Bar No. P76942 | Shane Singh Cal. State Bare No. 202733 |
| BLACKMORE LAW PLC | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 21411 Civic Center Drive, Ste 200 | 2020 West El Camino Avenue, Suite 700 |
| Southfield, MI 48076 | Sacramento, California 95833 |
| F: 833-343-6743 | Telephone: 916.564.5400 |
| F: 855-744-4419 | Facsimile: 916.564.5444 |
| E: george@blackmorelawplc.com | Email: Shane.Singh@lewisbrisbois.com |
| *Counsel for Plaintiff* | *Attorneys for Defendant, Aurora Hospitality, LLC* |

Dated: July 17, 2020

1

2

**CERTIFICATE OF SERVICE**

I certify that on July 17, 2020, I filed and served the foregoing NOTICE OF SETTLEMENT on all ECF participants via the court's CM/ECF system.

*/s/ George T. Blackmore*
George T. Blackmore